AO 455 (Rev. 01/09) Waiver of an Indictment

```
____ FILED        ____ RECEIVED
____ ENTERED      ____ SERVED ON
                  COUNSEL/PARTIES OF RECORD

         OCT - 2 2025

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT
## for the

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 2:25-cr-00261-RFB-MDC. |
| ) | |
| CHRISTINA FAVA ) | |
| _Defendant_ ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 8/25/25

_Defendant's signature_

_Signature of defendant's attorney_

CHRIS RASMUSSEN, ESQ.
_Printed name of defendant's attorney_

_Judge's signature_

Richard F Boulware, II, U.S. District Court
_Judge's printed name and title_