SUE FAHAMI
Executive Assistant
District of Nevada
Nevada Bar No. 5634KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Kimberly.Frayn@usdoj.gov

*Attorneys for the United States*



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-cr- 261 RFB |
| Plaintiff, | CRIMINAL INFORMATION |
| vs. | VIOLATION: |
| CHRISTINA FAVA, | 18 U.S.C. §§ 1029(a)(3), (c)(1)(A)(i) – Possession of 15 or More Counterfeit or Unauthorized Access Devices. |
| Defendant. | |

THE UNITED STATES ATTORNEY FOR THE DISTRICT OF NEVADA CHARGES THAT:

COUNT ONE
Possession of 15 or More Counterfeit or Unauthorized Access Devices
(18 U.S.C. § 1029(a)(3), (c)(1)(A)(i))

On or about August 30, 2022, in in the State and Federal District of Nevada and elsewhere,

CHRISTINA FAVA,

defendant herein, did knowingly and with intent to defraud, possess at least fifteen unauthorized access devices, that is credit cards and debit cards the defendant had

1  fraudulently obtained using victims' Personal Identifiable Information (PII), said possession

2  in and affecting interstate commerce, in that the defendant caused the unauthorized access

3  devices to be mailed from other states in the United States to the defendant in the State of

4  Nevada, all in violation of 18 U.S.C. § 1029(a)(3), (c)(1)(A)(i).

5  **DATED:** this 2nd day of September, 2025.

                                    Sue Fahami
                                    Executive Assistant

                                    */s/ Kimberly M. Frayn*
                                    KIMBERLY M. FRAYN
                                    Assistant United States Attorney